The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## MARTINEZ v. STATE.
### No. 18351.

Court of Criminal Appeals of Texas.
April 22, 1936.

Camille Openshaw and John R. Francis, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for rape. Punishment was assessed at imprisonment in the penitentiary for life.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.